WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   ) | CR-05-1129-1-PHX-ROS |
| Plaintiff,   ) | |
| vs.   ) | |
| Jarrod Jackson,   ) | **ORDER** |
| Defendant.   ) | |

A detention hearing on the Petition on Supervised Release was held on January 29, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 3rd day of February, 2009.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge